L. H. JOHNSON, Appellant, v. Frank WERBNER, Appellee.

No. 10955.

Court of Civil Appeals of Texas. San Antonio.

April 30, 1941.

Rehearing Denied June 11, 1941.

See, also, 149 S.W.2d 600.

Hoyo, Sharpe & Williams and E. C. Overall, all of San Antonio, for appellant.

Moursund, Ball, Moursund & Bergstrom, and Bennett & Klein, all of San Antonio, for appellee.

PER CURIAM.

The judgment is affirmed, without written opinion Page v. Hart, Tex.Civ.App., 124 S.W.2d 399; Tucker v. Higdon, Tex. Civ.App., 115 S.W.2d 973, and authorities there cited; Texas & N. O. Ry. v. Futch, Tex.Civ.App., 127 S.W.2d 1040.